# United States Court of Appeals

## For the First Circuit

No. 10-2204

COMMONWEALTH OF MASSACHUSETTS,

Plaintiff, Appellee,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.,

Defendants, Appellants.

Nos. 10-2207 & 10-2214

DEAN HARA,

Plaintiff, Appellee/Cross-Appellant,

NANCY GILL, ET AL.,

Plaintiffs, Appellees,

KEITH TONEY, ET AL.,

Plaintiffs,

v.

OFFICE OF PERSONNEL MANAGEMENT, ET AL.,

Defendants, Appellants/Cross-Appellees,

HILARY RODHAM CLINTON,

in her official capacity as United States Secretary of State,

Defendant.

**ERRATA**

The opinion of this Court, issued on May 31, 2012, should be amended as follows.

On cover page, "HILARY" should be "HILLARY".

On page 20, line 2 of last paragraph, delete the extra "to" between "bind" and "the".